UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62224-CIV-ALTONAGA/Strauss

**CRISTOBAL MILLAN**,

    Plaintiff,

v.

**R & L CARRIERS SHARED SERVICES, L.L.C.**; *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Approve Settlement of FLSA Claim and Joint Stipulation for Dismissal with Prejudice [ECF No. 44], filed on March 9, 2023. The parties seek the Court's approval of their Settlement Agreement and Release of FLSA Claims, appended to their Motion. (*See* Mot. 12–15).[1] The parties' agreement does not address attorney's fees, which were "negotiated separately from the amounts claimed by Plaintiff for his underlying FLSA claim." (Mot. 7; *see also id.* 8–9 (discussing *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009))). Upon review of the record and the parties' documented basis for a settlement of this FLSA case, the Court finds settlement of this action is fair and reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Approve Settlement of FLSA Claim and Joint Stipulation for Dismissal with Prejudice **[ECF No. 44]** is **GRANTED**.

2. The Settlement Agreement between Plaintiff, Cristobal Millan, and Defendant, R & L

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 22-62224-CIV-ALTONAGA/Strauss

Carriers Shared Services, L.L.C.,[2] which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 10th day of March, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

[2] Defendant R & L Carriers Shared Services, L.L.C. is the only remaining Defendant.  (*See* Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i) as to Defendant Alejandro G. Pardiez [ECF No. 24]).